```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                         EASTERN DIVISION
```

IN RE: DOUGLAS P. & JENNIFER D. WINSTON   )
                                          )
GMAC Mortgage Corporation,                )
          Creditor,                       )
                                          )
     vs.                                  ) CASE NO. 04B26330
                                          ) JUDGE A. Benjamin Goldgar
DOUGLAS P. & JENNIFER D. WINSTON,         )
          Debtors                         )

**RESPONSE TO NOTICE OF FINAL MORTGAGE CURE AMOUNT**

Now comes GMAC Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and in response to the Notice of Final Mortgage Cure Amount, stating as follows:

1. The Debtors are contractually due for the September 2006 payment and all those thereafter.

2. Payments continue to accrue on a monthly basis.

3. On September 8, 2004, pursuant to the Debtor's plan, a Notice of Cost of Collection was filed with the Court in the amount of $150.00. See Exhibit A.

4. These fees are still outstanding.

5. In addition, the following is an itemization of the outstanding amounts on the loan as of September 13, 2006.

   a. Attorney Fees            $250.00
   b. Property Inspections     $210.00
   c. BPO                      $300.00
   d. Other attorney fees    $1,996.35

                              Respectfully Submitted,
                              GMAC Mortgage Corporation

                              /s/A. Stewart Chapman
                              A. Stewart Chapman
                              ARDC#6255733
                              Pierce and Associates, P.C.
                              1 North Dearborn
                              13th Floor
                              Chicago, Illinois 60602
                              (312)346-9088