```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 26330
   DOUGLAS P WINSTON
   JENNIFER D WINSTON                         CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-0810    SSN XXX-XX-8867

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/15/04 and confirmed on 02/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  78395.80 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC RESCAP LLC | CURRENT MORTG | 48921.53 | .00 | 48921.53 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 8059.10 | .00 | 8059.10 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 4700.00 | 325.77 | 4700.00 |
| BECKET & LEE LLP | UNSECURED | 552.31 | .00 | 138.08 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 2352.80 | .00 | 588.20 |
| DAISY BROOKS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 228.78 | .00 | 57.20 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 650.01 | .00 | 162.50 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 3000.00 | .00 | 750.00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND PARK HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JNR | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 313.52 | .00 | 78.38 |
| ANIMAL EMERGENCY & TREAT | UNSECURED | 1523.38 | .00 | 380.85 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PAUL K KENNEDY CHILD CAR | UNSECURED | 1491.00 | .00 | 372.75 |
| TRIAD FINANCIAL CORP | UNSECURED | 5675.60 | .00 | 1418.90 |
| ECMC | UNSECURED | 11013.73 | .00 | 2753.43 |

Summary of disbursements:

```
                          SECURED       PRIORITY     UNSECURED           OTHER           TOTAL
---------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED       61680.63           .00      26801.13             .00         88481.76
PRINCIPAL PAID           61680.63           .00       6700.29             .00         68380.92
INTEREST PAID              325.77           .00            .00            .00           325.77
TOTAL PAID               62006.40           .00       6700.29             .00         68706.69
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   2700.00
and was paid $   1210.00   direct and $   1490.00   through the plan.

The Trustee received $   3097.70 .

Refunds to the Debtor totaled $   5101.41 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 04 B 26330 DOUGLAS P WINSTON & JENNIFER D WINSTON